IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PEDRO RASHAD JOHNSON**  **PLAINTIFF**
**ADC #149892**

v.  Case No. 4:20-cv-00404-KGB

**CATHY PAULK, Corporal,**
**Tucker Unit,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Pedro Rashad Johnson's complaint and addendum are dismissed without prejudice (Dkt. Nos. 2; 4). The relief requested is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this the 29th day of August, 2022.

_____
Kristine G. Baker
United States District Judge